IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMI KOSTKA et al., § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:20-CV-3424-K | |
| § | | |
| DICKEY'S BARBEQUE RESTAURANTS § et al., § | | |
| § | | |
| Defendants. § | | |
| LATORSHA ADAMS, et al., § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:20-CV-3603-K | |
| § | | |
| DICKEY'S BARBEQUE RESTAURANTS § et al., § | | |
| Defendants, § | | |
| TAMMY JEARY, et al., § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:21-CV-0137-K | |
| § | | |
| DICKEY'S BARBEQUE RESTAURANTS § et al., § | | |
| Defendants, § | | |

## ORDER OF CONSOLIDATION

Before the Court is Plaintiffs' Motion and Incorporated Brief in Support of Motion for Consolidation Pursuant to Fed. R. Civ. P. 42, and Appointment of Interim Co-Lead Counsel and Liaison Counsel Pursuant to Fed. R. Civ. P. 23(g) (Doc. No. 36), filed on March 12, 2021. The Motion is **GRANTED only** as to **CONSOLIDATION**,

and the Court **ORDERS** that Case Nos. 3:20-CV-3424-K, 3:20-CV-3603-K and 3:21-CV-0137-K, are hereby **CONSOLIDATED.** All future filings shall be filed in Case No. 3:20-CV-3424-K. The Court **DEFERS** ruling on the Motion with respect to the **appointment of interim co-lead counsel and liaison counsel** until the Motion is fully briefed since the Certificate of Conference indicates opposition.

**SO ORDERED.**

Signed March 19th, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE