# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DEMI KOSTKA and VINCENT JEAR, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 3:20-cv-3424-K |
| | ) | |
| Plaintiffs, | ) ) | (Consolidated with 3:20-cv-3603-K, 3:21-cv-0137-K, and 3:21-cv-00769-K) |
| v. | ) ) | |
| DICKEY'S BARBECUE RESTAURANTS, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF CARISSA DE SANTIS

Pursuant to 28 U.S.C. § 1746, I state as follows:

1.      My name is Carissa De Santis. I am employed as Chief Information Officer ("CIO") of Dickey's Barbecue Restaurants, Inc. ("DBRI"). I have held this position since December 2020. Immediately before that, I was Vice President - Information Technology at DBRI, a position I held beginning in June 2019. As CIO, I am responsible for overseeing all DBRI company technology platforms.

2.      I am over 18 years of age, of sound mind, and capable of making this declaration. I have never been convicted of a felony or any crime of moral turpitude. I am competent to testify to the matters contained in this declaration. All facts set forth in this declaration are based upon my personal knowledge and my review of DBRI's business records maintained in the ordinary course of business. These facts are true and correct. I am familiar with the allegations in this action. If called upon as a witness, I could and would testify as to the truth of the facts below.

3.      DBRI is a family-run franchise barbecue business that licenses the "Dickey's Barbecue Pit®" name to franchisees and provides them with certain franchise services and support pursuant to franchise agreements. DBRI has operated as a franchisor since 1994.

4.      DBRI franchisees independently own and operate their restaurants as independent contractors under the "Dickey's Barbecue Pit®" trade name and with the benefit and use of DBRI's business format system and intellectual property. Each franchisee is required by its respective franchise agreement with DBRI to file a certificate in its relevant jurisdiction, notifying the public that it operates its franchised restaurant as an independent business.

5.      At each franchised restaurant, the individual franchisee, not DBRI, is the "merchant" for the purposes of the Payment Card Industry Data Security Standard ("PCI-DSS").

6.      Between April 23, 2019 and October 13, 2020, a third party acting without permission used remotely installed malware on the separate computer servers of certain select Dickey's franchised restaurants to collect point-of-sale ("POS") payment card information from back-of-house servers located at certain "Dickey's Barbecue Pit®" franchised restaurants (the "Incident").

7.      I have been personally involved in DBRI's response to and investigation of the Incident. Through its investigation, DBRI has identified which franchised restaurants were impacted in the Incident and when those locations were impacted.

8.      On October 15, 2020, DBRI retained an independent Payment Card Industry ("PCI") Forensic Investigator ("PFI") to investigate the Incident. The PFI determined that the malicious third-party actor installed malware on the separate back-of-house servers of 172 franchised restaurants, although the PFI could not confirm whether all of these locations had payment card information compromised during the Incident. At the start of the Incident, these

franchised restaurants were utilizing magnetic swipe technology instead of EuroPay, MasterCard, and Visa ("EMV") chip reader technology. While the PFI was able to confirm that certain restaurants were impacted by the Incident, a number of the restaurants lacked sufficient evidence to determine whether malware had been installed on their respective back-of-house servers. In these latter instances, the restaurants were no longer operating, their back-of-house servers were replaced before the investigation commenced, or they upgraded the payment card technology before the investigation commenced. Moreover, nine of these locations had a firewall installed that prevented payment card information from being compromised.

9.      DBRI itself wholly owns seven "Dickey's Barbecue Pit®" locations. Each of these locations switched to EMV chip reader before the Incident. The PFI confirmed that none of those locations had payment card information compromised in the Incident. Additionally, the PFI confirmed that no franchised locations utilizing the EMV chip technology were impacted.

10.      DBRI never held any payment card information of Dickey's Barbecue Pit® customers during the Incident. Those locations using an EMV chip reader transmitted payment card information directly from the individual store to Visa, MasterCard, American Express, and Discovery (the "Card Brands"), while those locations using the magnetic swipe POS system would have stored payment card information solely on their back-of-house servers.

11.      In responding to the Incident and as part of my job duties, I regularly communicated with the Card Brands about the Incident.

12.      The Card Brands informed DBRI that, during the Incident, a total of 1,860,079 payment cards were used at all Dickey's Barbecue Pit® locations nationwide (483 stores), although most of these stores were not impacted by the Incident. The Card Brands have not provided DBRI with the number of payment cards that were used at any particular location, nor have the Card

Brands identified the number of payment cards used at locations that could have been impacted in the Incident.

13.    DBRI thus lacks information to ascertain the specific number of payment cards that may have been compromised in the Incident. DBRI has estimated the number of payment cards that may have been compromised in the Incident by taking the ratio of restaurants that the PFI determined could have been impacted in the Incident (172) to the number of Dickey's Barbecue Pit® locations nationwide (483) and multiplying that percentage (35.6%) against the total number of payment cards used at Dickey's Barbecue Pit® locations nationwide, impacted or not, during the Incident (1,860,079). From that calculation – 35.6% multiplied against 1,860,079 – DBRI estimates that 662,388 payment cards may have been impacted in the Incident. This number, however, is an estimate, as DBRI lacks the information to confirm whether any given payment card was compromised in the Incident.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas, on September 7, 2021.

Carissa De Santis
Chief Information Officer
Dickey's Barbecue Restaurants, Inc.