IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMI KOSTKA, *et al.*, | § § | |
| Plaintiffs, | § § | Civil Action No. 3:20-CV-3424-K |
| v. | § § | |
| DICKEY'S BARBECUE RESTAURANTS, INC., | § § § | |
| Defendant. | § § § | |
| ROSS DICZHAZY, *et al.*, | § § | |
| Plaintiff, | § § | Civil Action No. 3:21-CV-1962-K |
| v. | § § | |
| DICKEY'S BARBECUE RESTAURANTS, INC., *et al.*, | § § § | |
| Defendants. | § § § | |
| MICHAEL MARHEFKA, *et al.*, | § § | |
| Plaintiffs, | § § | Civil Action No. 3:21-CV-1963-K |
| v. | § § | |
| DICKEY'S BARBECUE RESTAURANTS, INC., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF CONSOLIDATION

The Court **ORDERS** that Case No. 3:21-CV-1962-K and 3:21-CV-1963-K, are hereby **CONSOLIDATED** with 3:20-CV-3424-K. All future filings shall be filed in 3:20-CV-3424-K.

**SO ORDERED.**

Signed September 21st, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE