IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEMI KOSTKA, *et al.*, | ) Case No. 3:20-cv-3424-K |
| | ) |
| *Plaintiffs*, | ) Consolidated with: |
| v. | ) |
| | ) Case No. 3:30-cv-3603-K |
| DICKEY'S BARBECUE RESTAURANTS, INC., | ) Case No. 3:21-cv-137-K |
| | ) Case No. 3:21-cv-769-K |
| | ) Case No. 3:21-cv-1962-K |
| *Defendant*. | ) Case No. 3:21-cv-1963-K |
| | ) |

## ORDER GRANTING UNOPPOSED MOTION TO RESET HEARING ON MOTION FOR PRELIMINARY APPROVAL

Pending before the Court is the Unopposed Motion to Reset Hearing on Motion for Preliminary Approval (ECF No. 84) filed by Defendant Dickey's Barbecue Restaurants, Inc. The Court has considered the Unopposed Motion, and having found good cause, the Court hereby **GRANTS** the Unopposed Motion. The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 62) is hereby reset for **August 5, 2022, at 2:00 p.m.**, convening in Judge Rutherford's courtroom on the 13th Floor of the Earle Cabell Federal Building and Courthouse, 1100 Commerce St., Dallas, Texas. All other requirements of the Court's Order Setting Hearing (ECF No. 83) remain in force.

**SO ORDERED.**

July 18, 2022

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE