IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMI KOSTKA and VINCENT JEAR, | § | Case No. 3:20-cv-03424-K |
| *individually and on behalf of all others* | § | |
| *similarly situated*, | § | **Consolidated with:** |
| Plaintiffs, | § | |
| | § | Case No. 3:20-cv-03603-K |
| v. | § | Case No. 3:21-cv-00137-K |
| | § | Case No. 3:21-cv-00769-K |
| DICKEY'S BARBECUE | § | Case No. 3:21-cv-01962-K |
| RESTAURANTS, INC., | § | Case No. 3:21-cv-01963-K |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated October 14, 2022. The Court has reviewed the Findings, Conclusions, and Recommendations for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.  Settling Plaintiff's Motion for Preliminary Approval of Class Action Settlement (ECF No. 62), is **GRANTED**.

SO ORDERED.

Signed November 8th, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE