IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DEMI KOSTKA, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>           v.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC., et al.,<br><br>      Defendants. | No. 3:20-cv-3424-K<br><br>Hon. Ed Kinkeade<br><br>**Consolidated with:**<br><br>Civil Action No. 3:20-cv-3603-K<br>Civil Action No. 3:21-cv-0137-K<br>Civil Action No. 3:21-cv-0769-K |

**UNOPPOSED MOTION FOR ENTRY OF AN ORDER SETTING A SCHEDULE LEADING UP TO A FINAL APPROVAL HEARING**

Plaintiffs, by counsel, submit this Unopposed Motion to request that the Court enter the proposed Preliminary Approval Order, and enter an order establishing the schedule set forth below. In support of this Motion, Plaintiffs state as follows:

1. On August 14, 2021, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement and Plaintiffs' Brief in Support (ECF No. 62).

2. On October 14, 2022, Magistrate Judge Rebecca Rutherford issued the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford, determining that the proposed Settlement satisfies the criteria for preliminary approval, the proposed Settlement Class should be preliminarily certified, and the proposed Notice Plan should be approved (ECF No. 89).

3. On November 8, 2022, the Honorable Judge Ed Kinkeade issued an Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge (ECF No. 90) ("Preliminary Approval Order").

4.	Since the Preliminary Approval Order did not include a schedule for the final approval hearing, Plaintiffs propose that the Court set the following schedule and enter the Proposed Order Conditionally Certifying a Settlement Class pursuant to Fed. R. Civ. P. 23, Granting Preliminary Approval of The Class Action Settlement, Approving the Form and Manner of Notice, and Scheduling Final Approval Hearing, filed in connection herewith:

| Event | [Proposed] Deadline |
| --- | --- |
| Dickey's provides CAFA notice required by 28 U.S.C. § 1715(b) | Occurred on August 20, 2021 |
| Dickey's provides notice to Class Counsel and the Court of compliance with CAFA requirements | Occurred on August 21, 2021 |
| Class notice program commences | Within 30 days after entry of this Preliminary Approval Order |
| Motion for Attorney's Fees, Reimbursement of Costs and Expenses, and Service Awards to be filed by Class Counsel | At least 30 days before the objection deadline |
| Postmark deadline for requests for exclusion (Opt-Out) or objections | 135 days after entry of this Preliminary Approval Order |
| Postmark/filing deadline for filing claims | 135 days after entry of this Preliminary Approval Order |
| Motion for Final Approval to be filed by class counsel | At least 21 days before the Final Approval Hearing |

For these reasons, Plaintiffs respectfully request that the Court grant this Motion. Plaintiffs have conferred with counsel for Defendants, and Defendants do not oppose this Motion.

Dated:  November 23, 2022			Respectfully submitted,

/s/ *Benjamin F. Johns*
Benjamin F. Johns (*pro hac vice*)
Shub Law Firm LLC
134 Kings Highway East

2

2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Email: bjohns@shublawyers.com

Samantha E. Holbrook (*pro hac vice*)
Alex M. Kashurba (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
seh@chimicles.com
amk@chimicles.com

Ben Barnow (*pro hac vice*)
Anthony L. Parkhill (*pro hac vice*)
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph St., Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com
apakhill@barnowlaw.com

John A. Yanchunis
Ryan J. McGee
Francesca Kester
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Group, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505
Fax: (813) 223-5405
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
fkester@forthepeople.com

*Interim Co-Lead Class Counsel*

Cory S. Fein (State Bar No. 06879450)
**CORY FEIN LAW FIRM**
712 Main Street, Suite 800
Houston, TX 77002
Tel.: (281) 254-7717

Fax: (530) 748-0601
cory@corfeinlaw.com

Bruce W. Steckler
State Bar No. 00785039
Austin P. Smith
State Bar No. 24102506
**Steckler Wayne Cochran Cherry, PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Tel: 972-387-4040
Fax: 972-387-4041
bruce@swclaw.com
austin@swclaw.com

*Interim Liaison Counsel*

Paul D. Stickney (Of Counsel)
State Bar No. 00789924
**Steckler Wayne Cochran Cherry, PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Tel: 972-387-4040
judgestick@gmail.com

*Additional Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record through the Court's CM/ECF system November 23, 2022.

                                                            */s/ Benjamin F. Johns*
                                                            Benjamin F. Johns