**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| DEMI KOSTKA, *et al.*, | ) | Case No. 3:20-cv-3424-K |
| | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Consolidated with: |
| | ) | |
| DICKEY'S BARBECUE RESTAURANTS, | ) | Case No. 3:30-cv-3603-K |
| INC., | ) | Case No. 3:21-cv-137-K |
| | ) | Case No. 3:21-cv-769-K |
| *Defendant*. | ) | Case No. 3:21-cv-1962-K |
| | ) | Case No. 3:21-cv-1963-K |

**UNOPPOSED MOTION FOR COUNSEL TO
ATTEND FINAL APPROVAL HEARING BY REMOTE MEANS**

Defendant Dickey's Barbecue Restaurants, Inc. ("Defendant") moves for leave to allow Ian Ballon, co-counsel for Defendant, to attend the June 6, 2023 Final Approval Hearing in this case by telephone or other remote means, and states as follows:

1.      A Final Approval Hearing is set in this case for 9:00 am on June 6, 2023. (*See* ECF No. 95.)

2.      Mr. Ballon is admitted *pro hac vice* and lives and practices in California. Defendant respectfully requests that Mr. Ballon be permitted to attend the Final Approval Hearing remotely. Attending the Final Approval Hearing remotely will reduce the expense on his client in having him travel to Dallas. If this Motion is granted, Mr. Ballon will make himself available to attend the hearing by Zoom, telephone, or any remote means the Court prefers.

3.      Mr. Ballon's co-counsel, Christopher S. Dodrill, is located in Dallas and will attend the Final Approval Hearing in person.

4.      Defendant has conferred with counsel representing Plaintiffs, and counsel have indicated that they are not opposed to this request.

For these reasons, Defendant respectfully requests that the Court allow Mr. Ballon to attend the June 6, 2023 Final Approval Hearing by remote means.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ *Christopher S. Dodrill*
Christopher S. Dodrill
Texas Bar No. 24110696
dodrillc@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, TX 76262
Tel.: (214) 665-3600
Fax: (214) 665-3601

Ian C. Ballon (pro hac vice)
ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel.: (650) 289-7881
Fax: (650) 328-8508

*Counsel for Defendant*
*Dickey's Barbecue Restaurants, Inc.*

## CERTIFICATE OF CONFERENCE

In accordance with L.R. 7.1(a), counsel for Defendant conferred with counsel representing Plaintiffs in all of these consolidated cases regarding this request. Counsel representing Plaintiffs indicated that they are not opposed.

/s/ *Christopher S. Dodrill*
Christopher S. Dodrill

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record through the Court's CM/ECF system on May 22, 2023.

/s/ *Christopher S. Dodrill*
Christopher S. Dodrill